IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVIS N. COLÓN-VÁZQUEZ, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF PUERTO RICO, ET AL., <br><br> Defendant. | CIV. NO.: 13-1175(SCC) |

**PARTIAL JUDGMENT**

Pursuant to the order at Docket No. 18, this case, apart from the claim for attorney's fees, is dismissed. The court retains jurisdiction to ensure strict compliance with the agreement's terms.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 11th day of April, 2013.

S/ SILVIA CARREÑO-COLL
UNITED STATES MAGISTRATE JUDGE